1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10

11  DION DiMUCCI,                          Case No. 3:17-cv-03789-EMC

12              Plaintiff,                  The Hon. Edward M. Chen

13       vs.                               **[PROPOSED]** ORDER GRANTING

14  ZENIMAX MEDIA INC.,                     **JOINT STIPULATION TO
                                            CONTINUE CASE MANAGEMENT**
15              Defendant.                  **CONFERENCE**

16
                                           Complaint Filed:  July 2, 2017
17

18

19

20

21

22

23

24

25

26

27

28

EAST\155040435.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE

Based upon the Joint Stipulation of the Parties, and good cause appearing therefore, it is hereby ORDERED that the Further Case Management Conference scheduled for June 14, 2018 at 10:30 a.m. is hereby continued to June 28, 2018 at 10:30 a.m.

**Pursuant to Stipulation, IT IS SO ORDERED.**

DATED: _____ 6/12/18

IT IS SO ORDERED

Judge Edward M. Chen

_____ Chen
Judge _____ District Court
for _____ District of Califorina

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE