1  STEVEN AMES BROWN
   Entertainment Law 83363
2  69 Grand View Avenue
   San Francisco, California  94114-2741
3  Telephone: 415.647.7700
   Facsimile: 415.285.3048
4  sabrown@entertainmentlaw.com

5  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION DiMUCCI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZENIMAX MEDIA INC.,<br><br>　　　　Defendant. | CASE NO.  3:17-cv-03789-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Complaint filed:    July 2, 2017 |

# NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Dion DiMucci, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that the above-captioned action against Defendant ZeniMax Media Inc. ("Defendant") is voluntarily dismissed in its entirety and with prejudice. At the time of this filing, Defendant has not filed an answer in this case.

Each party shall bear its own costs and attorneys' fees.

Dated: November 7, 2018

/s/
STEVEN AMES BROWN,
Attorney for Plaintiff



DATED: 12/3/2018

-1-
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

EAST\162229511.1